HALL v. WOODMERE HOMESTEAD CO. et al. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Martin V. W. Hall against the Woodmere Homestead Company and others. No opinion. Motion to dismiss appeal denied, without costs. See, also, 148 N. Y. Supp. 1118.

HALL v. WOODMERE HOMESTEAD CO. et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by

Martin V. W. Hall against the Woodmere Homestead Company and others.

PER CURIAM. Order of the County Court of Nassau County affirmed, with $10 costs and disbursements. Inasmuch as it affords the appellant an opportunity to try the case, the County Court should see to it that, although the period for trial named in the order has expired, the defendant may still have such opportunity, but, in justice to the respondent, at the earliest day possible. See, also, 148 N. Y. Supp. 1118.